**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-7774**

---

MARK E. RICHARDS,

                                          Plaintiff - Appellant,

    versus

LARRY W. SAUNDERS, Warden; ANTHONY PARKER;
KIMBERLY ORDILE, Operations Officer; JANE
MENEFEE, Mailroom Officer; FOUR UNKNOWN POLICE
OFFICERS, Coffeewood Correctional Center; FOUR
UNKNOWN POLICE OFFICERS, The Virginia
Department of Corrections; RONALD J. ANGELONE,
Director, Virginia Department of Corrections;
BARRY MEADOR, Coffeewood Correctional Center,

                                      Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Jackson L. Kiser, Senior
District Judge. (CA-01-805-7)

---

Submitted: January 15, 2004          Decided: January 28, 2004

---

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Mark E. Richards, Appellant Pro Se. Richard Carson Vorhis, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mark E. Richards appeals the district court's order granting summary judgment to the Defendants and dismissing his civil rights complaint challenging the conditions of confinement. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Richards v. Saunders</u>, No. CA-01-805-7 (W.D. Va. Oct. 2, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

- 3 -